## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ExWorks Capital, LLC** | § | Case No. 22-10213-BLS |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PLEADINGS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that CR3 Partners, LLC ("**CR3**"), by and through its counsel Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, CR3 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether

written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) CR3's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit CR3 to the jurisdiction of the Court.

**DATED: March 25, 2022**

        Respectfully submitted,

        SINGER & LEVICK, P.C.

        By:    /s/ *Michelle E. Shriro*
                Michelle E. Shriro
                Delaware Bar No. 3219

        16200 Addison Road, Suite 140
        Addison, Texas 75001
        Phone: 972.380.5533
        Fax: 972.380.5748
        Email: mshriro@singerlevick.com

        ATTORNEYS FOR:
        CR3 PARTNERS, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, and to the parties listed below via first-class mail, postage prepaid, on this 25th day of March, 2022.

| **DEBTOR:**<br>ExWorks Capital, LLC<br>1415 West 22nd Street, Tower Floor<br>Oak Brook, IL 60523<br>**Via ECF Noticing through its attorney** | **COUNSEL FOR THE DEBTOR:**<br>Jeffrey J. Lyons<br>Baker & Hostetler LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br>**Via ECF Noticing**<br><br>Joseph M. Esmont<br>Scott E. Prince<br>Michael A. VanNiel<br>Baker & Hostetler LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>**Via ECF Noticing** |
|---|---|
| **TRUSTEE:**<br>David M. Klauder<br>Bielli & Klauder LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>**Via ECF Noticing** | **US TRUSTEE:**<br>Linda J. Casey<br>Joseph F. Cudia<br>Office of the US Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>**Via ECF Noticing** |

                                             /s/ *Michelle E. Shriro*
                                             Michelle E. Shriro