## Exhibit A

**Fardon Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| EXWORKS CAPITAL, LLC | Case No. 22-10213 |
| Debtor. | |

### DECLARATION OF ZACHARY T. FARDON IN SUPPORT OF DEBTOR'S APPLICATION FOR AN ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF KING & SPALDING LLP, AS SPECIAL LITIGATION COUNSEL, EFFECTIVE AS OF MARCH 14, 2022

I, Zachary T. Fardon, being duly sworn, state the following under penalty of perjury:

1.     I am a partner at the law firm of King & Spalding LLP ("**King & Spalding**" or the "**Firm**"), located at 110 N. Wacker Dr., Suite 3800, Chicago, IL 60606.  I am a member in good standing of the Bar of the of the states of Illinois and Tennessee. There are no disciplinary proceedings against me.

2.     I submit this declaration ("**Declaration**") in support of the *Debtor's Application For An Order Pursuant To Section 327(E) Of The Bankruptcy Code Authorizing The Retention And Employment Of King & Spalding LLP, As Special Litigation Counsel, Effective As Of March 14, 2022* (the "**Application**").[1]

3.     The Debtor Plaintiff retained King & Spalding to provide legal services pursuant to an engagement agreement, dated July 29, 2020 (as amended, modified or supplemented from time to time, the "**Engagement Letter**"), attached hereto as Exhibit II.  Under the terms of the Engagement Letter, King & Spalding has provided legal services to the Debtor with respect to

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Application.

investigation, litigation, and consultation services regarding purported financial malfeasance of certain members of its former management team, including in the Cook County Action and the SEC Investigation.

4.     The Firm has extensive experience representing companies and individuals nationwide in a broad array of litigation, including breach of fiduciary and tortious interference claims, as well as with white-collar, regulatory, and investigative matters.  King & Spalding is intimately familiar with the facts, circumstances and claims underlying the Cook County Action and the SEC Investigation, and the Firm has the necessary expertise to continue representing the Debtor in these matters in an effective and efficient manner.

5.     King & Spalding maintains a computer client database containing the names of all of the Firm's current and former clients, parties adverse to those clients, and where practicable, known affiliates of and connections to those clients. The database is systematically updated in the Firm's ordinary course of business and as the Firm receives new matters.

6.     In connection with the preparation of this Declaration, I caused a series of searches to be conducted in the Firm's conflicts databases to identify relationships with the Debtor, its lenders, equity holders, and various other parties-in-interest in the Chapter 11 Case, including those identified on Exhibit I attached hereto (collectively, the "**Interested Parties**").

7.     Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, King & Spalding, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor or any other Interested Parties, except as stated below:

a.  The Debtor has retained Baker & Hostetler LLP as bankruptcy counsel. The Firm has in the past and/or currently does work with and/or against these professionals in connection with matters wholly unrelated to these proceedings.

b.  King & Spalding currently represents the following parties, or affiliates (or potential affiliates) of the following parties, in the Cook County Action, the SEC Investigation, or related proceedings for which it is seeking to be engaged as special litigation counsel in the Chapter 11 Case:

    i.   ExWorks Capital, LLC
    ii.  World Trade Finance, LLC

c.  King & Spalding has in the past represented or currently represents the following parties, or affiliates (or potential affiliates) of the following parties, who may be Interested Parties in matters wholly unrelated to the Debtor and the Chapter 11 Case:

    i.    Canadian Imperial Bank of Commerce
    ii.   An affiliate of Chemical Bank, A Division of TCF National Bank
    iii.  Northern Trust Company

d.  King & Spalding has in the past been adverse to the following parties, or affiliates (or potential affiliates) of the following parties, who may be Interested Parties in matters wholly unrelated to the Debtor and the Chapter 11 Case:

    iv.  Canadian Imperial Bank of Commerce

e.  King & Spalding currently is adverse to the following parties, or affiliates (or potential affiliates) of the following parties, in the Cook County Action, the SEC Investigation, or related proceedings for which it is seeking to be engaged as special litigation counsel in these Chapter 11 Cases:

    i.   Randolph Abrahams
    ii.  Andrew Hall

   iii. Luke LaHaie
   iv. RedRidge Finance Group, LLC[2]
   v. RedRidge Lender Services, LLC
   vi. ACAP SME, LLC
   vii. ACAP Fund GP, LLC

8. To the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I, nor any attorney at King & Spalding is a relative of the United States Bankruptcy Judge assigned to the Chapter 11 Case, and King & Spalding does not have a connection with the United States Bankruptcy Judge that would render its retention in the Chapter 11 Case improper. Further, in accordance with Bankruptcy Rule 2014, King & Spalding does not have any connection with the United States Trustee or any persons employed by the United States Trustee.

9. King & Spalding is continuing to review the Debtor's complete lists of creditors. Based upon its review as of this date, King & Spalding has determined that it does not represent or hold any interest adverse to the Debtor or its estates with respect to the services contemplated by the Engagement Letter and the Application. I believe that none of the connections set forth herein would give rise to a finding that King & Spalding represents or holds an interest adverse to the interests of the Debtor and its estate with respect to the services to be provided to the Debtor by King & Spalding. If the results of further investigation reveal any additional connections, the Firm will make further disclosures as may be appropriate at that time.

10. As evidenced by the Debtor's filing of this Chapter 11 Case, the Debtor Plaintiff was in substantial arrears on legal fees owed to King & Spalding in the Cook County Action.  On March 14, 2022, in connection with the Cook County Action and in accordance with Illinois law, King & Spalding served a Notice of Attorney's Lien, attached hereto as <u>Exhibit III</u>.  As of the

---

[2] King & Spalding also previously represented Richard Perlman and Jim Price, individually, as members of RedRidge or its affiliates, on a discrete matter wholly unrelated to the Chapter 11 Case.

Petition Date, under the terms of the Engagement Letter, King & Spalding was owed $4,124,556.21 by the Debtor Plaintiff on account of fees and expenses accrued and unpaid prior to the Petition Date; provided, up to approximately $2,511,383.85 may be covered by insurance (discussed below) in connection with the SEC Investigation and a corresponding defamation lawsuit.

11.    King & Spalding is a beneficiary under the Debtor Plaintiff's insurance policies with the Chubb Group of Insurance Companies ("**Chubb**") representing Debtor Plaintiff with respect to the SEC Investigation and a corresponding defamation lawsuit. On or about April 13, 2022, King & Spalding received several checks from Chubb, totaling $330,644.10 on account of invoices totaling $277,794.00 for time billed by King & Spalding representing the Debtor Plaintiff from March through September 2021 in connection with the SEC Investigation. While King & Spalding believes it is entitled to these payments as direct beneficiary under the insurance policies, King & Spalding is holding these payments (including the overpayment) in escrow, and, for the avoidance of doubt, will not apply any such payments to its outstanding invoices until further order or direction from the Court.

12.    King & Spalding will seek Court approval of its compensation for professional services rendered on an hourly basis and reimbursement of its actual, necessary expenses and other charges incurred by the Firm upon the filing of appropriate applications for interim and final compensation and reimbursement pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and applicable orders of the Court.  However, King & Spalding is also in active discussions with the Debtor about amending the engagement structure, including to incorporate a contingency feature in lieu of straight hourly compensation as contemplated by

the Engagement Letter.  My understanding is the Debtor will seek a separate Court approval of

any such structure as a condition to it being agreed to and implemented.

13.     The hourly rates and corresponding rate structure King & Spalding will use in

connection with the Cook County Action and the SEC Investigation are the same as the hourly

rates and corresponding rate structure that King & Spalding uses in other litigation matters,

regardless of whether fee application is required.

14.     King & Spalding's current hourly rates for matters related to the engagement are as

follows:

> Partners: $1,000 - $1,425 / hour
> Associates: $590 - $1090 / hour
> Non-Admitted Legal Personnel: $145-515

15.     King & Spalding's hourly rates are set at a level designated to compensate King &

Spalding fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine

expenses. Hourly rates vary with the experience and seniority of the individuals assigned. The

Debtor has been advised that these hourly rates are subject to annual adjustments in the ordinary

course of King & Spalding's business to reflect economic and other conditions.[3]

16.     The hourly rates listed above are consistent with the rates that King & Spalding

charges other comparable clients, regardless of location of the clients or any associated case. The

rate structure provided by King & Spalding is appropriate and not significantly different from (a)

the rates that King & Spalding charges for other similar types of representations or (b) the rates

that other comparable counsel would charge to do work substantially similar to the work King &

Spalding will perform as special litigation counsel in the Chapter 11 Case.

---

[3] As set forth in the Proposed Order, King & Spalding will provide ten business-days' notice to the Debtor, the U.S. Trustee, any creditors' committee and any other official committee before implementing any periodic increases and shall file any such notice with the Court.

17.     It is King & Spalding's policy to charge its clients in all areas of practice for identifiable, non- overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also King & Spalding's policy to charge its clients only the amount actually incurred by King & Spalding in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

18.     Pursuant to Bankruptcy Rule 2016(b), King & Spalding has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with King & Spalding, or (b) any compensation another person or party has received or may receive.

19.     The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated: April 25, 2022                              Respectfully submitted,

                                                   */s/ Zachary T. Fardon*            
                                                   Zachary T. Fardon
                                                   **KING & SPALDING LLP**

**Exhibit I**

*Schedule of Interested Parties Searched*

ExWorks Capital, LLC
ExWorks Capital Fund I, L.P.
ExWorks Capital Fund I-Parallel Vehicle, L.P.
ExWorks Capital Fund II-Parallel Vehicle, L.P.
ExWorks Capital Fund QP I, L.P.
ExWorks California, LLC
Stephen Kunkel, in his capacity as Receiver
Randolph Abrahams
Andrew Hall
Luke LaHaie
RedRidge Finance Group, LLC
RedRidge Lender Services, LLC
ACAP SME, LLC
ACAP Fund GP, LLC
Canadian Imperial Bank of Commerce
World Trade Finance, LLC
California Bank & Trust
Inland Bank & Trust
Chemical Bank, A Division of TCF National Bank
Bank United, N.A.
First Bank of Highland Park
Hightimes Holding Corp.
Trans-High Corporation
High Times Productions, Inc.
Cannabis Business Digital, LLC
High Times, Inc.
New Morning Productions, Inc.
Hemp Times, Inc.
Planet Hemp, Inc.
The Hemp Company of America, Inc.
High Times Cannex Corp.
High Times Press, Inc.
Culture Pub, Inc.
Wilshire & Veteran Media Corp.
Chalice Holdings, Inc.
HT Retail Licensing LLC
Hightimes Mountain, LLC
HHI Acquisition Corp.
Interurban Capital Group, LLC
Harvest of Merced, LLC
Harvest of Riverside, LLC
HT Staffing California, LLC
Adam Levin
AEL Irrevocable Trust
Edwin Hur, as Trustee
1252240 B.C. Ltd.

iQ International AG
A&A, Co LLC
Novae Care & Connect Inc. fka Iatai Enterprises Inc.
HandyU Inc.
Hubinmotion Inc.
Upperclub Inc.
ClickHelpNet LLC
Sergio Arana
Pride Publishing, Inc.
Pride Media, Inc.
Equal Entertainment LLC
Joseph Lovejoy
Small Business Administration
Donald Hutchison
Rey Pascual
Terry Keating
James Decker
K2 Intelligence, LLC
Abrams & Bayliss LLP
Northern Trust Company
Doug Sherlag
James Harrington
Franz Gildemeister
Michelle Sadowky
Sandra Herrara
Mueller & Company
Internal Revenue Service
Meredith Stopka
KLDiscovery Ontrack, LLC

## **Exhibit II**

**Engagement Letter**

# King & Spalding

King & Spalding LLP
353 N Clark Street
12th Floor
Chicago, IL   60654
Tel:  +1 312 995 6333
Fax:  +1 312 995 6330
www.kslaw.com

Zachary Fardon
Partner
Direct Dial:  +1 312 764 6960
Direct Fax:  +1 312 995 6330
Mobile:  312 697 9048
zfardon@kslaw.com

July 29, 2020

Don Hutchinson
Chief Operating Officer
ExWorks Capital LLC
333 West Wacker Drive
16th Floor
Chicago, IL 60606

### Re:  Agreement For Legal Services

Dear Don:

We are pleased that you have asked King & Spalding LLP (the "firm," "us," "we") to serve as your counsel.  This letter will confirm our discussions about this engagement and the basis on which the firm will provide its legal services. If you have questions about these provisions or would like to discuss possible modifications, please call me.

1.    ***Client and Scope of Representation***.   The firm's client in this matter will be ExWorks Capital LLC ("you"). The firm will be engaged to advise/represent you solely in connection with an investigation and consultation regarding financial malfeasance of Randall Abrahams and Redridge Financial Corp LLC.  The firm will coordinate with an investigative consultant regarding factfinding, consult with you regarding regulatory and legal issues, and work with and assist your other counsel in connection with any necessary litigation stemming from this matter. The firm will pursue the matter and any related litigation to its conclusion by judgment, order, or settlement, but not appeal unless we are specifically or separately retained for that work. You may limit or expand the scope of this matter, but the firm must agree to any substantial expansion in advance.

2.    ***Term of Engagement***.   You or the firm may terminate this engagement at any time for any reason by written notice, subject on the firm's part to applicable rules of professional conduct.  If the firm terminates the engagement, the firm will take such steps as are reasonably

July 29, 2020
Don Hutchinson
Page 2

practicable to protect your interests in the matter, and will suggest possible successor counsel at your request. If a court's or other tribunal's permission is necessary for the firm to withdraw from the representation, we will promptly apply for that permission and you agree to promptly engage successor counsel to represent you and not oppose the firm's application to withdraw.

Unless previously terminated, the firm's engagement for this matter will terminate when we send you our final invoice for services in this matter. Following termination, nonpublic information you have supplied to us that we have retained will be kept confidential in accordance with applicable rules of professional conduct. We will promptly return your papers and property at your request and will retain our own files, including lawyer work product, and we retain all intellectual property in our work. We will transfer all documents we retain to the personnel responsible for administering the firm's records retention program. You agree that we may securely dispose of or destroy any files you have not requested to be returned to you a reasonable time after termination of this matter in accordance with our document management policy, which currently calls for retention of materials pertaining to a matter for at least ten years after the matter ends.

You are engaging our firm to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in applicable laws or regulations that could have an impact on your rights and liabilities. You agree that unless you actually engage the firm after the matter's completion to provide additional advice or representation on issues arising from the matter, we have no continuing obligation to advise as to future developments.

3. ***Fees and Expenses***. The firm's fees are based primarily on the hourly billing rate for each attorney and legal assistant devoting time to a matter. The firm's hourly billing rates for attorneys likely to work on this matter are Zachary Fardon ($1240), Aaron Lipson ($1015) and associates ranging from $580 to $765. Time devoted by legal assistants is charged at rates from $275 to $380. These rates are subject to change from time to time. We may take other factors into account in determining the firm's fees as permitted by applicable rules of professional conduct, such as the responsibility assumed, novelty and difficulty of legal problems involved, particular experience or knowledge required, unusual time limitations imposed by the client or matter, the benefit to the client resulting from the firm's work, and unforeseen circumstances that arise during the matter.

Our invoices will include separate charges for expenses in performing our services, such as photocopying, outside messenger and delivery services, computerized research, and search and filing fees. Third-party providers' fees and expenses, such as for consultants, experts, e-discovery vendors, appraisers, and local counsel, will be billed to you directly by the provider.

Invoices will normally be rendered monthly for work performed and expenses posted the previous month. Payment is due within 30 days of your receipt of our invoice, and if an invoice remains unpaid for an unreasonable length of time, the firm may cease performing services for you or withdraw from the engagement unless satisfactory arrangements are made to pay outstanding invoices and future fees and expenses.

July 29, 2020
Don Hutchinson
Page 3

Unless you and we have agreed that our compensation will be made on a contingent, capped, or flat fee basis, you understand that the cost of handling this matter is not predictable and that we have not made a commitment or promise as to the maximum fees and expenses necessary to complete it.  If you wish, we will prepare an estimate or budget for work on this matter, but you acknowledge that estimates and budgets are uncertain and not guarantees.  You agree that, absent agreement on a contingent fee arrangement, payment of the firm's fees and costs does not depend on the ultimate outcome of the matter.

4.      *Client Responsibilities*.  You agree to cooperate fully with us in connection with this matter and provide us with all information known and available to you that relates to the engagement and matter.  You also undertake to cooperate with the firm in complying with any regulatory or compliance obligations relating to the engagement and to pay our invoices in accordance with Section 3.

In accordance with ABA guidance, we advise you that communications between you or your representatives and your lawyers that may be accessed lawfully by third parties, such as through hotel, home, employment, or public servers to which others may have rights of access, can jeopardize or eliminate confidentiality, attorney/client and other evidentiary privileges and protection against disclosure. We encourage you to assure that secure methods are used for all communications of confidential information.

5.      *Conflicts*.  As you are aware and we have discussed, our firm has a diverse practice and represents many other companies and individuals, including some that are or may be your competitors, customers, suppliers, and contract counterparties or your employer.  During the time the firm is representing you, some of the firm's present or future clients may have disputes or transactions with you.  We will not, without your informed consent, undertake any representation of another current or future client in a matter that is the same or substantially related to any matters we have handled or are handling for you in which your and the other client's interests conflict.  However, you agree that we may take on matters for current and future clients without further consent if the matters are not substantially related to any current or prior matter for you, even if that client's interests in that matter conflict with or are directly adverse to your interests, including matters for advice, corporate or finance transactions, including mergers and acquisitions, litigation, and arbitration, provided that, before we undertake such a matter, we have first reasonably concluded that we can represent both clients' interests without compromising our independent judgment or lessening our vigorous representation of either client and also take timely and effective steps to protect all confidential information provided by and to each client.  These protections are meant to avoid the risks of diminished loyalty and compromised confidences.  The firm seeks similar agreements from many other clients to preserve its ability to represent you.  We are prepared to answer your questions and recommend you obtain advice of counsel independent of our firm about this consent because we may not advise you on this topic.  Your countersignature of this letter or instructing us in a matter will signify your understanding of this conflict of interest and consent to our representing you and another client in this way, subject to our adherence to these conditions.

July 29, 2020
Don Hutchinson
Page 4

The firm's representation of you in this matter does not give rise to an attorney/client relationship between the firm and any of your parent, subsidiary, or affiliated companies or individuals, unless we agree otherwise in writing, and you agree that representing you does not create a conflict of interest with any such non-represented entities or individuals in the event we represent other clients adversely to their interests. You also agree that neither an attorney/client relationship nor a basis for a conflict of interest will arise solely from your providing us with confidential information about any such non-represented entities or individuals.

6.      *Firm Privilege*.  If issues come up concerning our professional or ethical duties and rights concerning our work for you, we may seek privileged and confidential advice from internal firm lawyers or external legal counsel with relevant responsibility or expertise. Courts have reached different views on the applicability of privilege and confidentiality between clients and their lawyers unless the lawyer first terminates its relationship with its client in order to obtain privileged and confidential advice, which may turn out to be necessary. The firm believes that the view of courts and commentators endorsing lawyers' right to assert privilege in those circumstances provides benefits to both the firm and the client. You agree that, if we consult internal or external legal counsel in these circumstances about our work for you, you will not assert a right to learn the content of such advice even if it concerns a question of actual or potential professional liability, professional conduct, or other claim that might be considered a conflict of interest or breach of duty. This paragraph does not alter our obligations to you in such a circumstance.

This letter sets out all of the terms of our engagement agreement with you.

We thank you for this opportunity to work with you. I am available to discuss any questions or comments now and throughout the course of our representation. If you are satisfied that this letter correctly sets out our agreement, please return a countersigned copy to me as soon as possible; however, these terms will be binding on both of us when we begin work even if not countersigned or returned.

Very truly yours,

Zachary Fardon
Partner

**AGREED TO AND ACCEPTED**:
EXWORKS CAPITAL LLC

by: _____
DON HUTCHINSON
Title: Chief Operating Officer

Date: ____07/30/20_____

**<u>Exhibit III</u>**

**Notice of Attorney's Lien**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| ExWorks Capital, LLC, and | ) | |
| World Trade Finance, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Hon. Allen P. Walker |
| | ) | |
| v. | ) | |
| | ) | |
| Randolph Abrahams, | ) | Case No. 2020 CH 06538 |
| Andrew Hall, | ) | |
| Luke LaHaie, | ) | |
| RedRidge Finance Group, LLC, | ) | |
| RedRidge Lender Services, LLC, | ) | |
| ACAP SME, LLC, and | ) | |
| ACAP Fund GP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF ATTORNEY'S LIEN NOTICE

**PLEASE TAKE NOTICE** that, on March 14, 2022, counsel of record in this action for ExWorks Capital, LLC ("**ExWorks**") and World Trade Finance, LLC (**"World Trade"**) served a Notice of Attorney's Lien (the "**Notice**"), attached hereto as **Exhibit A**).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 770 ILCS 5/1, the Notice was sent via certified mail to satisfy the requirements of the statute, and further, for expediency and completeness, the Notice was also sent via email and UPS overnight delivery, with proof of mailing attached hereto as **Exhibit B**.

Dated: March 14, 2022          **KING & SPALDING LLP**

/s/ Zachary T. Fardon
Zachary T. Fardon
**KING & SPALDING LLP**
Zachary T. Fardon (zfardon@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Andrew J. Chinsky (achinsky@kslaw.com)
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Phone: 312.995.6333

*Attorneys for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

Zachary T. Fardon, an attorney, hereby certifies that he served the foregoing **Notice of Service of Attorney's Lien Notice**, through the Court's electronic filing system and/or as otherwise indicated below to:

Michael J. Diver (michael.diver@kattenlaw.com)
Sarah K. Weber (sarah.weber@kattenlaw.com)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60605

*Attorneys for Defendants Randolph Abrahams, RedRidge Finance Group, LLC, and RedRidge Lender Services, LLC*

Michael R. Tein (tein@teinmalone.com)
Gaye L. Huxoll (ghuxoll@teinmalone.com)
Tein Malone PLLC
3480 Main Highway
Coconut Grove, FL 33133

Jonathan S. Kim (jkim@tdrlawfirm.com)
Michael J. Grant (mgrant@tdrlawfirm.com)
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604

*Attorneys for Defendants Luke LaHaie, ACAP Fund GP, LLC, and ACAP SME, LLC*

Steven Samuel Scholes (sscholes@mwe.com)
Terrence J. Dee (tdee@mwe.com)
Daniel R. Campbell (dcampbell@mwe.com)
McDermott Will & Emery LLP
444 West Lake Street Suite 4000
Chicago, IL 60606

*Attorneys for Defendant Andrew Hall*

on this 14th day of March 2022.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

/s/ Zachary T. Fardon

**Exhibit A**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| ExWorks Capital, LLC, and | ) | |
| World Trade Finance, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Hon. Allen P. Walker |
| | ) | |
| v. | ) | |
| | ) | |
| Randolph Abrahams, | ) | Case No. 2020 CH 06538 |
| Andrew Hall, | ) | |
| Luke LaHaie, | ) | |
| RedRidge Finance Group, LLC, | ) | |
| RedRidge Lender Services, LLC, | ) | |
| ACAP SME, LLC, and | ) | |
| ACAP Fund GP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY'S LIEN

**To all parties listed below, and to their Counsel :**

Randolph Abrahams
445 Sheridan Rd
Winnetka, IL 60093

Luke Ernest LaHaie
505 N. McClurg Ct.
Apt 402
Chicago, IL 60611

Andrew Hall
1441 W. Cullom Ave.
Chicago, IL 60613

Newity, LLC (f/d/b/a ACAP SME, LLC)
1123 W. Washington Blvd
3rd Floor
Chicago, IL 60607

Newity, LLC
c/o Northwest Registered Agent
Service
2501 Chatham Rd
Suite N
Springfield, IL 62704

ACAP Fund GP LLC
c/o Luke Ernest LaHaie
333 W. Wacker Dr.
16th Floor
Chicago, IL 60606

RedRidge Lender Services, LLC
333 W. Wacker Dr.
16th Floor
Chicago, IL 60606

RedRidge Lender Services, LLC
c/o Illinois Corporation Service
Company
801 Adlai Stevenson Drive
Springfield, IL 62703

RedRidge Finance Group, LLC
333 W. Wacker Dr.
16th Floor
Chicago, IL 60606

World Trade Finance
1415 West 22nd Street
Tower Floor
Oak Brook IL 60523

ExWorks Capital LLC
1415 West 22nd Street
Tower Floor
Oak Brook IL 60523

RedRidge Finance Group, LLC
c/o Illinois Corporation Service
Company
801 Adlai Stevenson Drive
Springfield, IL 62703

1150 South Olive, Floor 10,
Los Angeles, CA 90015

**PLEASE TAKE NOTICE** that Zachary T. Fardon, Patrick M. Otlewski, and Andrew J. Chinsky of the undersigned law firm, King & Spalding LLP ("**King & Spalding**"), are counsel of record in this action for ExWorks Capital, LLC ("**ExWorks**") and World Trade Finance, LLC (**"World Trade"**) and have provided legal services to ExWorks and World Trade in the above captioned actioned filed the Circuit Court of Cook County, Illinois (the "**Action**") under a written retention agreement between King & Spalding and ExWorks and World Trade.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 770 ILCS 5/1, King & Spalding has and claims a lien (the "**Lien**") to the extent of King & Spalding's interest as set forth in its written retention agreement, or alternatively, for the reasonable value of King & Spalding's services, over: (a) the suits, claims, demands and causes of action of ExWorks and World Trade in connection with this Action; (b) any verdict, settlement, judgment or order entered in favor of ExWorks and World Trade in connection with this Action; and (c) any money or property that ExWorks and World Trade may recover on account of such suits, claims, demands and causes of action. The purpose of King & Spalding's Lien is to secure payment of King & Spalding's unpaid attorneys' fees, costs, and expenses and all interest accruing thereon, whether incurred by King & Spalding before or after the date of this notice (the "**Fees**"), on account of King & Spalding's representation of ExWorks and World Trade.

**PLEASE TAKE FURTHER NOTICE** that payment of any amount to ExWorks and World Trade or any of its subsidiaries, successors or assigns in consideration of its claims in this Action without giving effect to, or making provision for, King & Spalding's Lien may create liability to you for the payment of the Fees in addition to the amounts otherwise due to ExWorks and World Trade.

**KING & SPALDING LLP**

/s/ Zachary T. Fardon
Zachary T. Fardon
**KING & SPALDING LLP**
Zachary T. Fardon (zfardon@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Andrew J. Chinsky (achinsky@kslaw.com)
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Phone: 312.995.6333

*Attorneys for Plaintiffs*

Dated: March 9, 2022

## <u>CERTIFICATE OF SERVICE</u>

Zachary T. Fardon, an attorney, hereby certifies that he served the foregoing Notice of Attorney's Lien, via certified mail, return receipt requested, and email where available to:

| |
|---|
| **ExWorks Capital LLC**<br>1415 West 22nd Street<br>Tower Floor<br>Oak Brook IL 60523<br>Cert. Mail No. 7021 2720 0002 5893 1197 |
| **World Trade Finance**<br>1415 West 22nd Street<br>Tower Floor<br>Oak Brook IL 60523<br>Cert. Mail No. 7021 2720 0002 5893 1203<br><br>1150 South Olive, Floor 10,<br>Los Angeles, CA 90015<br>Cert. Mail No. 7021 2720 0002 5893 1272 |
| **Randolph T. Abrahams**<br>445 Sheridan Rd<br>Winnetka, IL 60093<br>Cert. Mail No. 7021 2720 0002 5893 1173 |
| **Newity, LLC (f/d/b/a ACAP SME, LLC)**<br>1123 W. Washington Blvd<br>3rd Floor<br>Chicago, IL 60607<br>Cert. Mail No. 7021 2720 0002 5893 1142 |
| **RedRidge Lender Services, LLC**<br>333 W. Wacker Dr.<br>16th Floor<br>Chicago, IL 60606<br>Cert. Mail No. 7021 2720 0002 5893 1234 |
| **RedRidge Finance Group, LLC**<br>c/o Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>Cert. Mail No. 7021 2720 0002 5893 1180 |
| **Andrew Hall**<br>1441 W. Cullom Ave.<br>Chicago, IL 60613<br>Cert. Mail No. 7021 2720 0002 5893 1159 |

**ACAP Fund GP LLC**
c/o Luke Ernest LaHaie
333 W. Wacker Dr.
16th Floor
Chicago, IL 60606
Cert. Mail No. 7021 2720 0002 5893 1128

**Luke Ernest LaHaie**
505 N. McClurg Ct.
Apt 402
Chicago, IL 60611
Cert. Mail No. 7021 2720 0002 5893 1166

**Newity, LLC (f/d/b/a ACAP SME, LLC)**
c/o Northwest Registered Agent Service
2501 Chatham Rd
Suite N
Springfield, IL 62704
Cert. Mail No. 7021 2720 0002 5893 1135

**RedRidge Lender Services, LLC**
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Cert. Mail No. 7021 2720 0002 5893 1227

**RedRidge Finance Group, LLC**
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Cert. Mail No. 7021 2720 0002 5893 1296

Michael J. Diver (michael.diver@kattenlaw.com)
Sarah K. Weber (sarah.weber@kattenlaw.com)
**Katten Muchin Rosenman LLP**
525 West Monroe Street
Chicago, IL 60605
Cert. Mail No. 7021 2720 0002 5893 1265

*Attorneys for Defendants Randolph Abrahams, RedRidge
Finance Group, LLC, and RedRidge Lender Services,
LLC*

Michael R. Tein (tein@teinmalone.com)
Gaye L. Huxoll (ghuxoll@teinmalone.com)
**Tein Malone PLLC**
3480 Main Highway
Coconut Grove, FL 33133
Cert. Mail No. 7021 2720 0002 5893 1258

Jonathan S. Kim (jkim@tdrlawfirm.com)
Michael J. Grant (mgrant@tdrlawfirm.com)
**Tabet DiVito & Rothstein LLC**
209 South LaSalle Street, 7th Floor
Chicago, IL 60604

Cert. Mail No. 7021 2720 0002 5893 1289

*Attorneys for Defendants Luke LaHaie, ACAP Fund GP, LLC, and ACAP SME, LLC*

Steven Samuel Scholes (sscholes@mwe.com)
Terrence J. Dee (tdee@mwe.com)
Daniel R. Campbell (dcampbell@mwe.com)
**McDermott Will & Emery LLP**
444 West Lake Street Suite 4000
Chicago, IL 60606
Cert. Mail No. 7021 2720 0002 5893 1241

*Attorneys for Defendant Andrew Hall*

on this 9th day of March 2022.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

/s/ Zachary T. Fardon

**Exhibit B**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article

ExWorks Capital LLC
1415 West 22nd Street
Tower Floor
Oak Brook IL 60523

9590 9402 6993 1225 2100 77

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1197

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. A

World Trade Finance
1415 West 22nd Street
Tower Floor
Oak Brook IL 60523

9590 9402 6993 1225 2100 60

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1203

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**World Trade Finance**
**1150 South Olive, Floor 10,**
**Los Angeles, CA 90015**

9590 9402 6993 1225 2101 38

2. Article Number *(Transfer from service label)*
7021 2720 0002 5893 1272

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.

**Randolph Abrahams**
**445 Sheridan Rd**
**Winnetka, IL 60093**

9590 9402 5148 9122 8472 74

2. Article Number *(Transfer from service label)*
7021 2720 0002 5893 1173

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Return Receipt Card 1**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. A                                     different from item 1? ☐ Yes
                                         ery address below: ☐ No

Newity, LLC (f/d/b/a ACAP SME, LLC)
1123 W. Washington Blvd
3rd Floor
Chicago, IL 60607

9590 9402 5148 9122 8473 97

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
(over $500)

2. Article Number (Transfer from service label)
7021 2720 0002 5893 1142

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Return Receipt Card 2**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

delivery address different from item 1? ☐ Yes
YES, enter delivery address below: ☐ No

RedRidge Lender Services, LLC
333 W. Wacker Dr.
16th Floor
Chicago, IL 60606

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6993 1225 2100 39

2. Article Number (Transfer from service label)
7021 2720 0002 5893 1234

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

RedRidge Finance Group, LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6993 1225 2100 84

2. Article Number *(Transfer from service label)*
7021 2720 0002 5893 1180

PS Form **3811**, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

1. Article Addressed to:

Andrew Hall
1441 W. Cullom Ave.
Chicago, IL 60613

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5148 9122 8473 80

2. Article Number *(Transfer from service label)*
7021 2720 0002 5893 1159

PS Form **3811**, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the ~~front if space permits.~~

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

1. Article ~~Addressed to:~~

ACAP Fund GP LLC
c/o Luke Ernest LaHaie
333 W. Wacker Dr.
16th Floor
Chicago, IL 60606

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Insured Mail~~
☐ ~~Insured Mail Restricted Delivery~~

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6993 1225 2100 22

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1128

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, ~~or on the front if space permits.~~

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

1.

Luke Ernest LaHaie
505 N. McClurg Ct.
Apt 402
Chicago, IL 60611

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Insured Mail~~
☐ ~~Insured Mail Restricted Delivery~~

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5148 9122 8473 73

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1166

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on **the reverse** so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Newity, LLC
c/o Northwest Registered Agent Service
2501 Chatham Rd
Suite N
Springfield, IL 62704

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6993 1225 2100 15

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1135

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RedRidge Lender Services, LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery *(over $500)*

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6993 1225 2100 46

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1227

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article...

Michael J. Diver
Sarah K. Weber
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60605

9590 9402 6993 1225 2101 07

2. Article Number *(Transfer from service label)*
7021 2720 0002 5893 1265

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Artic...

Michael R. Tein
Gaye L. Huxoll
Tein Malone PLLC
3480 Main Highway
Coconut Grove, FL 33133

9590 9402 6993 1225 2101 21

2. Article Number *(Transfer from service label)*
7021 2720 0002 5893 1258

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. A

Jonathan S. Kim
Michael J. Grant
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604

9590 9402 6993 1225 2100 91

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1289

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

Service Type
Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Steven Samuel Scholes
Terrence J. Dee
Daniel R. Campbell
McDermott Will & Emery LLP
444 West Lake Street Suite 4000
Chicago, IL 60606

9590 9402 6993 1225 2101 14

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1241

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

**RedRidge Finance Group, LLC**
**c/o Illinois Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature                        ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery    ☐ Registered Mail™
☐ Certified Mail®                        ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery     ☐ Signature Confirmation™
☐ Collect on Delivery                    ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

9590 9402 6993 1225 2101 45

2. Article Number *(Transfer from service label)*

7021 2720 0002 5893 1296

PS Form **3811**, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

| | |
|---|---|
| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21535182283 |
| **Date:** | Friday, March 11, 2022 4:35:06 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

## Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21535182283 |
| **Ship To:** | Illoinis Corp. Service Company<br>RedRidge Finance Group<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center

**From:** UPS
**To:** Brooke Blackwell
**Subject:** UPS Ship Notification, Tracking Number 1Z9746R21538906870
**Date:** Friday, March 11, 2022 4:28:10 PM

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | **1Z9746R21538906870** |
| **Ship To:** | World Trade Finance<br>World Trade Finance<br>1150 South Olive Street<br>Floor 10<br>LOS ANGELES, CA 90015<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



| | |
|---|---|
| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21533631863 |
| **Date:** | Friday, March 11, 2022 4:24:44 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21533631863 |
| **Ship To:** | Steven Scholes<br>McDermott Will & Emery<br>444 West Lake Street<br>Suite 4000<br>Terrence Dee<br>CHICAGO, IL 60606<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



**From:** UPS
**To:** Brooke Blackwell
**Subject:** UPS Ship Notification, Tracking Number 1Z9746R21500086854
**Date:** Friday, March 11, 2022 4:22:06 PM

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21500086854 |
| **Ship To:** | Jonathan Kim<br>Tabet DiVito & Rothstein<br>209 South LaSalle Street<br>7th Floor<br>Michael Grant<br>CHICAGO, IL 60604<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

## Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



| | |
|---|---|
| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21538381259 |
| **Date:** | Friday, March 11, 2022 4:18:42 PM |

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21538381259 |
| **Ship To:** | Michael Tein<br>Tein Malone PLLC<br>3480 West Main Street<br>Gaye Huxoll<br>COCONUT GROVE, FL 33133<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

## Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21516041041 |
| **Date:** | Friday, March 11, 2022 4:11:47 PM |

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | **1Z9746R21516041041** |
| **Ship To:** | Illinois Corporation Service Co.<br>RedRidge Finance Group, LLC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center

**From:** UPS
**To:** Brooke Blackwell
**Subject:** UPS Ship Notification, Tracking Number 1Z9746R21515602839
**Date:** Friday, March 11, 2022 4:09:08 PM

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

## Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | **1Z9746R21515602839** |
| **Ship To:** | ExWorks Capital LLC<br>ExWorks Capital LLC<br>1415 West 22nd Street<br>Tower Fl.<br>OAK BROOK, IL 60523<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



| | |
|---|---|
| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21500676225 |
| **Date:** | Friday, March 11, 2022 4:05:55 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21500676225 |
| **Ship To:** | World Trade Finance<br>World Trade Finance<br>1415 West 22nd Street<br>Tower Fl.<br>OAK BROOK, IL 60523<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

## Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



| **From:** | UPS |
|---|---|
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21527649231 |
| **Date:** | Friday, March 11, 2022 4:03:10 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| **From:** | KING & SPALDING LLP |
|---|---|
| **Tracking Number:** | **1Z9746R21527649231** |
| **Ship To:** | RedRidge Finance Group, LLC<br>RedRidge Finance Group, LLC<br>333 West Wacker Drive<br>16th Floor<br>CHICAGO, IL 60606<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



**From:** UPS
**To:** Brooke Blackwell
**Subject:** UPS Ship Notification, Tracking Number 1Z9746R21527015826
**Date:** Friday, March 11, 2022 3:57:55 PM

CAUTION: **MAIL FROM OUTSIDE THE FIRM**



## You have a package coming.

**Scheduled Delivery Date:**     Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | **1Z9746R21527015826** |
| **Ship To:** | Illinois Corporation Service Co.<br>RedRidge Lender Services, LLC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center

| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21513325213 |
| **Date:** | Friday, March 11, 2022 3:53:48 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21513325213 |
| **Ship To:** | RedRidge Lender Services, LLC<br>RedRidge Lender Services, LLC<br>333 W. Wacker Dr.<br>16th Fl.<br>CHICAGO, IL 60606<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



**From:** UPS
**To:** Brooke Blackwell
**Subject:** UPS Ship Notification, Tracking Number 1Z9746R21530902816
**Date:** Friday, March 11, 2022 3:50:21 PM

CAUTION: **MAIL FROM OUTSIDE THE FIRM**



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21530902816 |
| **Ship To:** | Luke Ernest LaHaie<br>ACAP Fund GP LLC<br>333 W. Wacker Dr<br>16th Fl.<br>CHICAGO, IL 60606<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



**From:**       UPS
**To:**         Brooke Blackwell
**Subject:**    UPS Ship Notification, Tracking Number 1Z9746R21502173809
**Date:**       Friday, March 11, 2022 3:46:30 PM

CAUTION: **MAIL FROM OUTSIDE THE FIRM**



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | **1Z9746R21502173809** |
| **Ship To:** | Northwest Registered Agent Service<br>Newity, LLC<br>2501 Chatham Rd<br>Suite N<br>SPRINGFIELD, IL 62704<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



**From:** UPS
**To:** Brooke Blackwell
**Subject:** UPS Ship Notification, Tracking Number 1Z9746R21504805999
**Date:** Friday, March 11, 2022 3:42:36 PM

CAUTION: **MAIL FROM OUTSIDE THE FIRM**



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21504805999 |
| **Ship To:** | Newity, LLC<br>Newity, LLC<br>1123 W. Washington Blvd<br>3rd Floor<br>CHICAGO, IL 60607<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

## Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



**From:**     UPS
**To:**       Brooke Blackwell
**Subject:**  UPS Ship Notification, Tracking Number 1Z9746R21506165785
**Date:**     Friday, March 11, 2022 3:40:01 PM

CAUTION: **MAIL FROM OUTSIDE THE FIRM**



⚠ **To get an estimated delivery time for most UPS packages, click Continue**

**You have a package coming.**

Scheduled Delivery Date:   Monday, 03/14/2022

**Continue**

UPS My Choice for home

| Change Delivery | Manage Preferences | View Delivery Planner |

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21506165785 |
| **Ship To:** | Andrew Hall<br>1441 W. Cullom Ave.<br>CHICAGO, IL 60613<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Package Weight:** | 1.0 LBS |
| **Scheduled Delivery:** | 03/14/2022 |

| | |
|---|---|
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**

**From:**       UPS
**To:**         Brooke Blackwell
**Subject:**    UPS Ship Notification, Tracking Number 1Z9746R21529534208
**Date:**       Friday, March 11, 2022 3:37:29 PM

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



**!** A signature is required for package delivery. Log in or enroll in UPS My Choice to take any action.

## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

[ **Sign Now** ]

UPS My Choice for home

| Change Delivery | Manage Preferences | View Delivery Planner |

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21529534208 |
| **Ship To:** | Luke Ernest LaHaie<br>505 N. McClurg Ct.<br>Apt 402<br>CHICAGO, IL 60611<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Package Weight:** | 1.0 LBS |

| | |
|---|---|
| **Scheduled Delivery:** | 03/14/2022 |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |



 [Download the UPS mobile app](#)

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**



| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21526573994 |
| **Date:** | Friday, March 11, 2022 3:32:59 PM |

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21526573994 |
| **Ship To:** | Newity |
| | Newity |
| | 110 North Wacker Drive |
| | 3rd Floor |
| | CHICAGO, IL 60606 |
| | US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



| | |
|---|---|
| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21525526180 |
| **Date:** | Friday, March 11, 2022 3:30:26 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | **1Z9746R21525526180** |
| **Ship To:** | Andrew Hall<br>King and Spalding<br>110 North Wacker Drive<br>Floor 38<br>King & Spalding Chicago<br>CHICAGO, IL 60606<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



**From:** UPS
**To:** Brooke Blackwell
**Subject:** UPS Ship Notification, Tracking Number 1Z9746R21520134773
**Date:** Friday, March 11, 2022 3:27:50 PM

CAUTION: **MAIL FROM OUTSIDE THE FIRM**



## You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | **1Z9746R21520134773** |
| **Ship To:** | Luke Ernest LaHaie<br>King and Spalding<br>110 North Wacker Drive<br>Floor 38<br>King & Spalding Chicago<br>CHICAGO, IL 60606<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

## Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**



**From:**     UPS
**To:**       Brooke Blackwell
**Subject:**  UPS Ship Notification, Tracking Number 1Z9746R21512957177
**Date:**     Friday, March 11, 2022 3:22:26 PM

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21512957177 |
| **Ship To:** | Randolph Abrahams |
| | Randolph Abrahams |
| | 445 Sheridan Road |
| | Winnetka, IL 60093 |
| | US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**

| | |
|---|---|
| **From:** | UPS |
| **To:** | Brooke Blackwell |
| **Subject:** | UPS Ship Notification, Tracking Number 1Z9746R21533619047 |
| **Date:** | Friday, March 11, 2022 6:16:36 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM



### You have a package coming.

**Scheduled Delivery Date:**    Monday, 03/14/2022

This message was sent to you at the request of King & Spalding to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | KING & SPALDING LLP |
| **Tracking Number:** | 1Z9746R21533619047 |
| **Ship To:** | Michael Diver<br>Katten Muchin<br>525 West Monroe Street<br>Sarah Weber<br>CHICAGO, IL 60661<br>US |
| **UPS Service:** | UPS NEXT DAY AIR EARLY |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 03/14/2022 |
| **Weight:** | 1.0 LBS |
| **Reference Number 1:** | 30814 |
| **Reference Number 2:** | 124001 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center

