# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXWORKS CAPITAL, LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No.: 22-10213-BLS<br><br>Hearing Date: June 1, 2022, at 9:30 a.m. (ET)<br>Objection Deadline: May 25, 2022, at 4:00 p.m. (ET) |

## NOTICE OF HEARING

TO: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Subchapter V Trustee; (iii) the parties included on the Debtor's list of twenty (20) largest unsecured creditors; and (iv) all parties who, as of the filing of the Pleadings (defined below), have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on April 25, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Debtor's Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Retention and Employment of King & Spalding LLP, as Special Litigation Counsel, Effective as of March 14, 2022* (Doc. No. 62) (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application is scheduled for **June 1, 2022, at 9:30 a.m. (ET)** before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Pleadings must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 25, 2022, at 4:00 P.M. (ET)**. At the same time, you must also serve a copy of the objection upon the following parties so as to be received no later than **May 25, 2022, at 4:00 P.M. (ET)**: (1) proposed counsel to the Debtor, Baker & Hostetler LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114 (Attn: Michael A. VanNiel, Esq., mvanniel@bakerlaw.com; Joseph M. Esmont, Esq., jesmont@bakerlaw.com; Alexis C. Beachdell, Esq., abeachdell@bakerlaw.com; and Scott E. Prince, Esq., sprince@bakerlaw.com); Baker & Hostetler LLP, 1201 N. Market Street, 14th Floor, Wilmington, DE 19801 (Attn: Jeffrey J. Lyons, Esq., jjlyons@bakerlaw.com); (2) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, (Attn: Hannah McCollum, Esq., Hannah.mccollum@usdoj.gov); and (3) the Subchapter V Trustee, c/o Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801 (Attn: David M. Klauder, Esq., dklauder@bk-legal.com).

---

[1] The last four digits of the Debtor's federal taxpayer identification number is (9876). The current notice address for the Debtor is ExWorks Capital, LLC, 1415 West 22nd Street, Tower Floor, Oak Brook, IL 60523.

A HEARING ON THE PLEADINGS WILL BE HELD ON **JUNE 1, 2022, at 9:30 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 25, 2022

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (No. 6437)
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1402
Wilmington, DE 19801
Telephone: 302.468.7088
Email: jjlyons@bakerlaw.com

-and-

Michael A. VanNiel (Admitted *Pro Hac Vice*)
Joseph M. Esmont (Admitted *Pro Hac Vice*)
Alexis C. Beachdell (Admitted *Pro Hac Vice*)
Scott E. Prince (Admitted *Pro Hac Vice*)
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mvanniel@bakerlaw.com
     jesmont@bakerlaw.com
     abeachdell@bakerlaw.com
     sprince@bakerlaw.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*