IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ExWorks Capital, LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No.: 22-10213 (BLS)<br><br>Rescheduled Hearing Date: Sept. 25, 2024 at 1:30 p.m. (ET) |

**NOTICE OF RESCHEDULED HEARING ON MOTION OF EXWORKS CAPITAL FUND I, L.P. AND STEPHEN L. KUNKEL, SOLELY IN HIS CAPACITY AS COURT APPOINTED RECEIVER TO EXWORKS CAPITAL FUND I, L.P., FOR ENTRY OF AN ORDER DETERMINING THE SCOPE AND/OR CLARIFYING PROVISIONS OF THE PLAN IN AID OF STATE COURT PROCEEDINGS**

**PLEASE TAKE NOTICE** that on November 16, 2023, ExWorks Capital Fund I, L.P. (the "**ExWorks Fund**"), and Stephen L. Kunkel, not individually but solely as court appointed receiver (the "**Receiver**") for the ExWorks Fund, filed the *Motion of ExWorks Capital Fund I, L.P. and Stephen L. Kunkel, Solely in His Capacity as Court Appointed Receiver to ExWorks Capital Fund I, L.P. for Entry of an Order Determining the Scope and/or Clarifying Provisions of the Plan in Aid of State Court Proceedings* (the "**Motion**") [D.I. 272] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, if necessary, previously scheduled for August 21, 2024, has been rescheduled to be held before the Honorable Brendan L. Shannon on **September 25, 2024 at 1:30 p.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom # 1, Wilmington, Delaware 19801.

---

[1] The last four digits of the Debtor's federal tax *identification* number are 9876. The Debtor's address is 1415 West 22nd Street, Tower Floor, Oak Brook, IL 60523.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  August 20, 2024

/s/      *Laurel D. Roglen*
Matthew G. Summers (DE #5533)
Laurel D. Roglen (DE #5759)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4428
Facsimile:  (302) 252-4466
E-mail:  summersm@ballardspahr.com
          roglenl@ballardspahr.com

and

Bryan E. Minier, Esquire
LATHROP GPM LLP
155 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 920-3300
Facsimile: (312) 920-3301
E-mail:bryan.minier@lathropgpm.com

*Counsel for Stephen L. Kunkel, solely in his capacity as court appointed receiver for ExWorks Capital Fund I, L.P.*