# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: ExWorks Capital, LLC

Debtor(s)

Case No. 22-10213

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: December 31, 2024

Petition Date: 03/14/2022

Plan Confirmed Date: 01/04/2023

Plan Effective Date: 01/26/2023

This Post-confirmation Report relates to:  ○ Reorganized Debtor

● Other Authorized Party or Entity: ExWorks Capital Liquidating Trust
Name of Authorized Party or Entity

_[signature]_
Signature of Responsible Party

Date: 1-21-25

James P. Harrington
Printed Name of Responsible Party

1100 Superior Avenue E, Ste 1750
Cleveland, Ohio 44114
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ExWorks Capital, LLC                                    Case No. 22-10213

### Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,150 | $3,627,357 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,150 | $3,627,357 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $1,716,617 | $0 | $1,716,617 |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | Baker & Hostetler LLP | Lead Counsel | $0 | $1,716,617 | $0 | $1,716,617 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $2,582,544 | $0 | $1,025,900 |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | King & Spalding LLP | Special Counsel | $0 | $2,556,644 | $0 | $1,000,000 |
| Delete | ii | PKF Mueller | Other | $0 | $25,900 | $0 | $25,900 |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $4,299,161 | $0 | $2,742,517 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $2,845,952 | $0 | $2,845,952 | $2,845,952 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $81,900 | $0 | $81,900 | $81,900 | 100% |
| d. General unsecured claims | unknown | $0 | $304,261 | unknown | unknown |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?    Yes ○    No ●

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

Debtor's Name ExWorks Capital, LLC                                                                                    Case No. 22-10213

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

_____                          James P. Harrington
Signature of Responsible Party                                           Printed Name of Responsible Party
Group CFO                                                                                 1-21-25
Title                                                                                              Date